IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA L. HULL,

        Plaintiff,

        Civil No. 06-1409-HO

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

        ORDER

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6700.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Costs and expenses have been waived.

DATED this 12th day of January, 2008.

/s/ _____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff Hull

ORDER